IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-1843-1
Western Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| Shykeevia Watson | ) | |

Shykeevia Watson appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on December 10, 2014, and entered a plea of guilty to 21 U.S.C. § 844(a). The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Shykeevia Watson has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the *14* day of *December*, 2015

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge